# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>Tomas Garcia-Rincon<br><br>Defendant. | Case No. 2:17-mj-00242-GWF<br><br>ORDER<br><br>___ FILED     ___ RECEIVED<br>___ ENTERED   ___ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>APR - 5 2017<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 5TH day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1